UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC ANTHONY BERG,

        Petitioner,                     No. C 12-1428 PJH (PR)

    v.                                      **ORDER OF TRANSFER**

T. BUSBY, Warden,

        Respondent.
_____/

      This is a habeas case filed pro se by a state prisoner. Petitioner seeks to challenge a conviction obtained in the Superior Court in and for Siskiyou County. Siskiyou County is in the venue of the United States District Court for the Eastern District of California. Petitioner is incarcerated at Ironwood State Prison, which is in the Central District.

      Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); this district is neither. Because petitions challenging a conviction are preferably heard in the district of conviction, Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968), and petitioner was convicted in Siskiyou County, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

      **IT IS SO ORDERED.**

Dated: April 30, 2012.                               _____
                                                         PHYLLIS J. HAMILTON
                                                       United States District Judge

G:\PRO-SE\PJH\HC.12\BERG1428.TRN.wpd